**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7683**

———————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

DONNIE WAYNE SHEFFIELD,

     Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:07-cr-00769-TLW-1)

———————

Submitted:  December 19, 2013   Decided:  December 24, 2013

———————

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donnie Wayne Sheffield, Appellant Pro Se.  Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnie Wayne Sheffield appeals the district court's order denying his motion to dismiss his indictment, conviction, and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sheffield, No. 4:07-cr-00769-TLW-1 (D.S.C. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED